410

Elliott Roy BROWN, Plaintiff–
Appellant,

v.

CIRCUIT COURT OF FAIRFAX COUN-
TY; Secretary of the Air Force; Wil-
net Ashley Brown, Defendants–Appel-
lees,

and

Jack B. Stevens, Judge, Defendant.

No. 03–1321.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 3, 2003.

Elliott Roy Brown, Appellant Pro Se.
James Christian Stuchell, Office of the At-
torney General of Virginia, Richmond, Vir-
ginia, for Appellees.

Before WILKINSON, MICHAEL, and
TRAXLER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM:

Elliott R. Brown appeals from the dis-
trict court's denial his motions to reconsid-
er the district court's December 13, 2001
order dismissing his state law claims for
declaratory relief, accounting, and restitu-
tion. We affirmed the district court's De-
cember 13, 2001 order on appeal. See
*Brown v. Circuit Court of Fairfax County*,
42 Fed.Appx. 590 (4th Cir.2002) (unpub-

lished) (per curiam). Because we have
already affirmed the district court's dispo-
sition of his case, Brown's further attacks
on that order are barred by principles of
res judicata. Accordingly, we affirm the
district court's orders. We dispense with
oral argument, because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*